# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APRIL L. JORDAN | : | CHAPTER 13 |
| | : | |
| Debtor | : | NO. 22-11647 |

## ORDER

AND NOW, this    8th    day of  July, 2022, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **July 15, 2022** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge